STATE OF NEW JERSEY, RESPONDENT, v. AUSTIN CLARK, APPELLANT.

Argued May 18, 1948—Decided September 3, 1948.

For the respondent, *Lewis P. Scott*.

For the appellant, *Samuel P. Orlando* and *Carl Kisselman*.

PER CURIAM.

The judgment under review herein is affirmed, for the reasons expressed in the opinion delivered by Chief Justice Case in the Supreme Court.

*For affirmance*—THE CHANCELLOR, BODINE, DONGES, HEHER, COLIE, WACHENFELD, EASTWOOD, JACOBS, WELLS, DILL, FREUND, McLEAN, SCHETTINO, JJ. 13.

*For reversal*—None.